**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 18-1055**

DONALD BURRELL; APRIL BURRELL; 911 RESTORATION OF BALTIMORE, INC.,

    Plaintiffs - Appellants,

v.

911 RESTORATION FRANCHISE, INC.; IDAN SHPIZEAR; PELEG LINDENBERG; SHAY KALMANOVICH,

    Defendants - Appellees.

Appeal from the United States District Court for the District of Maryland, at Baltimore. James K. Bredar, Chief District Judge. (1:17-cv-02278-JKB)

Submitted: July 19, 2018                    Decided: August 3, 2018

Before KING, WYNN, and THACKER, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Harry Martin Rifkin, LAW OFFICES OF HARRY M. RIFKIN, Baltimore, Maryland, for Appellants. James E. Dickerman, ECCLESTON AND WOLF, P.C., Hanover, Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Appellants seek to appeal the district court's order dismissing their case and compelling arbitration. We dismiss the appeal for lack of jurisdiction because the notice of appeal was not timely filed.

Parties are accorded thirty days after the entry of the district court's final judgment or order to note an appeal, Fed. R. App. P. 4(a)(1)(A), unless the district court extends the appeal period under Fed. R. App. P. 4(a)(5), or reopens the appeal period under Fed. R. App. P. 4(a)(6). "[T]he timely filing of a notice of appeal in a civil case is a jurisdictional requirement." *Bowles v. Russell*, 551 U.S. 205, 214 (2007).

The district court's order was entered on the docket on November 17, 2017. The notice of appeal was filed on December 26, 2017. Because Appellants failed to file a timely notice of appeal or to obtain an extension or reopening of the appeal period, we dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*